UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | MDL No. 2323 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>This relates to:<br><br>Plaintiffs' Master Administrative Long Form Complaint and *Richard Bishop, et. al. v. National Football League* USDC, EDPA, **Docket No. 14-cv-03002-AB** | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| **DAN MARINO,** Plaintiff | JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL**
**ON BEHALF OF PLAINTIFF DAN MARINO**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff DAN MARINO, hereby voluntarily dismisses his claims against the NFL in the above-captioned action only, without prejudice.  Defendant has not yet served an Answer or Motion for Summary Judgment in response to DAN MARINO'S Complaint.  His action has been consolidated into In re: National Football League Players' Concussion Injury Litigation, MDL No. 12-2323 (AB).  DAN MARINO has filed this Notice under both the individual docket number listed in the caption above and the MDL docket.

Dated: June 3, 2014

                                                 Respectfully Submitted,

                                                 /s/ Sol H. Weiss_____
Larry E. Coben, Esquire (I.D. 17523)
Sol H. Weiss, Esquire (I.D. 15925)
**ANAPOL SCHWARTZ**
1710 Spruce Street
Philadelphia, Pennsylvania 19103
(215) 735-1130 Telephone
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing *Notice of Voluntary Dismissal* to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Eastern District of Pennsylvania, on all parties registered for CM/ECF in the litigation.

Dated: June 3, 2014

                                              Respectfully Submitted:

                                              /s/ Sol H. Weiss_____
                                              Larry E. Coben, Esquire (I.D. 17523)
                                              Sol H. Weiss, Esquire (I.D. 15925)
                                              **ANAPOL SCHWARTZ**
                                              1710 Spruce Street
                                              Philadelphia, Pennsylvania 19103
                                              (215) 735-1130 Telephone
                                              *Attorneys for Plaintiffs*